■ EDWARD SIRAVAKIAN, Appellant, v NIKOLAOS EFREMIDIS et al., Respordents.—Order, Supreme Court, New York County, entered September 25, 1974, denying plaintiff's motion for a rehearing, unanimously reversed, on the law, on the facts and in the exercise of discretion, without costs and without disbursements, said motion granted and, upon such rehearing, defendant's motion to dismiss the action for failure to timely serve a complaint denied and defendant directed to accept service of such complaint. The concurrent appeal from the prior order of said court, entered April 2, 1974, is unanimously dismissed as academic, without costs and without disbursements. The record before us discloses that the six-month delay in serving the complaint was attributable to settlement negotiations which terminated only a few days before the instant motion was made. Since the delay is excusable and a meritorious cause has been pleaded, the dismissal of the action was unwarranted. Concur—Stevens, P. J., Murphy, Lupiano, Lane and Nunez, JJ.

■ JAMES LANGNER et al., Respondents, v EMANUEL ESCHWEGE, Appellant and Third-Party Plaintiff-Appellant. ABRAHAM BROIDO, Third-Party Defendant-Respondent.—Order, Supreme Court, New York County, entered June 26, 1974, which granted plaintiffs-respondents' motion to vacate an order of preclusion and extended their time to serve a bill of particulars, and which denied defendant-appellant's cross motion for summary judgment, unanimously affirmed, with $60 costs and disbursements of this appeal to plaintiffs-respondents. This matter has been before this court before (39 AD2d 652; 39 AD2d 653). The appeal is limited to narrow issues arising from respondents' failure to serve a bill of particulars. This is a malpractice action and the situation is analogous to that in *Hantman v Goldstricker* (44 AD2d 54). (See, also, *Maglieri v Saks,* 33 AD2d 898.) Concur —Markewich, J. P., Kupferman, Capozzoli, Lane and Nunez, JJ.